UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

ERIC HAYNBERG,

                  Defendant.
-------------------------------------------------X

Hon. Katherine S. Hayden

11 Cr. 165 (KSH)

ORDER

     Upon the application of Eric Franz, attorney for the above named defendant, it is

hereby,

     **ORDERED**, that the $200,000 bail secured by the property of Patricia Garneau

and William Garneau, located at 91 Seguine Avenue, Staten Island, New York, is

substituted with a $200,000 bail secured by the property of Eric Haynberg and Erika

Rockett, located at 111 Fulton Street, New York, New York.

     All other conditions of the bond remain the same.

Dated: May 26, 2011

HON. KATHERINE S. HAYDEN
United States District Judge